UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JONATHAN GARCIA,<br>   aka "(>^_^)>FreeHugs,"<br>   "thekingjongar," and<br>   "kingjongar,"<br><br>          Defendant. | ED CR No. 20-0041 JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b): Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 2251(a), (e): Production of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about September 16, 2019, and continuing to or or about November 13, 2019, in San Bernardino County, within the Central District of California, defendant JONATHAN GARCIA, also known as "(>^_^)>FreeHugs," "thekingjongar," and "kingjongar," used a facility and means of interstate and foreign commerce, namely, a computer, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, a nine-year-old girl ("Victim 1"), to engage in sexual activity for which a

person can be charged with a criminal offense, namely, Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a).

COUNTS TWO THROUGH EIGHT

[18 U.S.C. §§ 2251(a), (e)]

On or about the following dates, in San Bernardino County, within the Central District of California, defendant JONATHAN GARCIA, also known as "(>^_^)>FreeHugs," "thekingjongar," and "kingjongar," knowingly employed, used, persuaded, induced, enticed, and coerced the following minors, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer:

| COUNT | DATE | MINOR VICTIM |
|---|---|---|
| TWO | April 11, 2019 | Victim 2 |
| THREE | May 2, 2019 | Victim 2 |
| FOUR | May 14, 2019 | Victim 2 |
| FIVE | May 23, 2019 | Victim 2 |
| SIX | November 2, 2019 | Victim 2 |
| SEVEN | November 8, 2019 | Victim 1 |
| EIGHT | November 12, 2019 | Victim 1 |


## COUNT NINE

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about November 26, 2019, in San Bernardino County, within the Central District of California, defendant JONATHAN GARCIA, also known as "(>^_^)>FreeHugs," "thekingjongar," and "kingjongar," knowingly possessed a black Samsung Galaxy J7 Prime cell phone, bearing serial number R58K418BL0L, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and

///

///

affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

                                        A TRUE BILL

                                        /s/
                                        ─────────────────
                                        Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

SONAH LEE
Assistant United States Attorney
Riverside Branch Office