ORIGINAL

[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **EDCR- 20-0041 JGB**

U.S.A. v. **JONATHAN GARCIA**

Defendant Number **1**

Year of Birth **1993**

[✓] Indictment     [ ] Information

Investigative agency (FBI, DEA, etc.) **FBI**

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **On or about September 16, 2019**

c. County in which first offense occurred
**San Bernardino**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles     [ ] Ventura
[ ] Orange          [ ] Santa Barbara
[ ] Riverside       [ ] San Luis Obispo
[✓] San Bernardino  [ ] Other

Citation of Offense **18 U.S.C. § 2422(b); 18 U.S.C. §§ 2251(a), (e), 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No     [ ] Yes

If "Yes," Case Number:

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): **N/A**

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **N/A**

Case Number: **N/A**

Assigned Judge: **N/A**

Charging: **N/A**

The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: **N/A**

### PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No   [ ] Yes

IF YES, provide Name: **N/A**

Phone Number: **N/A**

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the **N/A** superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
**N/A**

Case Number **N/A**

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
**N/A**

[ ] was previously dismissed on **N/A**

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes    [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

[Stamp: 2020 FEB 12 PM 1:03 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF. RIVERSIDE FILED]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

---

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male    ☐ Female
☑ U.S. Citizen    ☐ Alien

Alias Name(s)   "(>^_^)>FreeHugs," "thekingjongar,
"kingjongar,"

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☐ mail/wire fraud
☐ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☐ corporate fraud
☑ Other   Child Pornography

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration:   ☑ State   ☐ Federal
b. Name of Institution:   San Bernardino County Jail
c. If Federal, U.S. Marshals Service Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:   ☑ Yes   ☐ No
   IF YES:  ☑ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☑ Yes   ☐ No
   IF YES:  ☑ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____20   ____21   ____40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   02/12/2020

Signature of Assistant U.S. Attorney
Sonah Lee
Print Name