FILED
2020 MAR 11 AM 10: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>JONATHAN GARCIA, aka "(>^_^)>FreeHugs," "thekingjongar," and "kingjongar,"<br>Defendant(s). | CASE NUMBER:<br>EDCR 20-0041 JGB<br><br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JONATHAN GARCIA, aka "(>^_^)>FreeHugs," "thekingjongar," and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

ENTICEMENT OF A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

PRODUCTION OF CHILD PORNOGRAPHY

POSSESSION OF CHILD PORNOGRAPHY

| in violation of Title | 18 | United States Code, Section | 2422(b) |
|---|---|---|---|
| in violation of Title | 18 | United States Code, Section(s) | 2251(a), (e) |
| in violation of Title | 18 | United States Code, Section(s) | 2252A(a)(5)(B), (b)(2) |

Kiry K. Gray
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

A. BANDEK
SIGNATURE OF DEPUTY CLERK

FEB 1 2 2020   RIVERSIDE, CA
DATE AND LOCATION OF ISSUANCE

By: KENLY KIYA KATO
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):
Rancho Cucamonga West Valley Detention Center

DATE RECEIVED: 2/12/20
DATE OF ARREST: 3/11/20

NAME OF ARRESTING OFFICER: SA K Simmons
TITLE: Special Agent
SIGNATURE OF ARRESTING OFFICER: K Simmons

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

G-04 (10/15)  WARRANT FOR ARREST  Page 1 of 2