STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
     3403 10th Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6924
     Facsimile: (951) 276-6202
     E-mail:   Sonah.Lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 20-00041-JGB |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANT JONATHAN GARCIA; DECLARATION OF SONAH LEE AND EXHIBIT |
| v. | |
| JONATHAN GARCIA, | Sentencing Date: August 8, 2022 |
| Defendant. | Sentencing Time: 2 PM |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, hereby files its Sentencing Position Regarding Defendant Jonathan Garcia.

The government's Sentencing Position is based on the United States Probation Office's Presentence Report ("PSR"), the record

///

of the proceedings in this case, and any further evidence and argument that the Court may permit.

Dated: July 25, 2022                    Respectfully submitted,

                                        STEPHANIE S. CHRISTENSEN
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        JERRY C. YANG
                                        Assistant United States Attorney
                                        Chief, Riverside Branch Office


                                              /s/ *Sonah Lee*
                                        SONAH LEE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.   INTRODUCTION

3      Defendant Jonathan Garcia ("defendant") has had a lifelong sexual
4 interest in pre-pubescent female children, and he acted out on his
5 sexual interest.  Over the course of years, defendant enticed and
6 solicited sexually explicit images from female minors over the
7 internet that he methodically organized in folders labeled with the
8 minors' names on his cellphone.  Amongst the minors that he enticed,
9 persuaded, and coerced over the internet was Victim 1, a nine-year
10 old girl from Ontario, California.  Defendant pretended that he too
11 was a minor, and enticed, persuaded, and coerced Victim 1 to produce
12 sexually explicit images and videos of herself.  For this conduct and
13 other conduct, defendant has been charged with violations of Title
14 18, United States Code, Section 2422(b) (Enticement of a Minor to
15 Engage in Illicit Sexual Activity); Title 18, United States Code,
16 Section 2251(a)(Production of Child Pornography); and Title 18,
17 United States Code, Section 2252A(a)(5)(B)(Possession of Child
18 Pornography).

19      On June 17, 2022, the United States Probation Office ("USPO")
20 disclosed defendant's PSR.  (Dkt. 37.)  According to the USPO,
21 defendant's total offense level is 43 and his criminal history
22 category is I, which results in an advisory Guidelines range of 360
23 months.  (PSR ¶ 120.)

24      The government concurs with the USPO's calculation of the total
25 offense level and criminal history category, and respectfully
26 requests that the Court impose a Guideline-range sentence of 360
27 months, to be followed by lifetime of supervised release, an
28 appropriate fine, $100 in mandatory special assessment.

1    Furthermore, defendant should be ordered to pay restitution,

2    pursuant to 18 U.S.C. § 3664(d)(5).[1]

3    **II.  STATEMENT OF FACTS**

4         As admitted by defendant during an interview with law

5    enforcement, defendant has had a long-standing sexual interest in

6    female children.  (Exhibit 1 at p. 22.; PSR ¶ 34.)  He admitted to

7    contacting between 50-100 girls online and seeking images and videos

8    of themselves from them over the past four years.  (Exhibit 1 at pp.

9    24-25; PSR ¶ 34.)

10        Amongst the girls that defendant contacted online was Victim 2,

11   a twelve-year old girl living in Fontana, California. (Exh. 1 at p.

12   35; PSR ¶¶ 22(d), 27.)  Defendant sought and received sexually

13   explicit images from Victim 2, including a close-up photo of her

14   vagina and videos of Victim 2 masturbating with a makeup brush.

15   (Id.)  Defendant also asked to meet Victim 2 several times and that

16   he wanted to "fuck . . . and kiss your pussy."  (PSR ¶ 27.)

17        In September 2019, defendant also befriended Victim 1, who was a

18   nine-year old girl living in Ontario, California, over the internet.

19   (PSR ¶ 17.)  After befriending Victim 1, defendant told Victim 1 that

20   he was 15 years old and asked her whether she wanted to "try sexual

21   stuff."  (Id.)

22        In November 2019, the conversation progressed to a degree that

23   defendant and Victim 1 agreed that he would provide Robux, a currency

24   for Roblox, in exchange for "naughty pics" of Victim 1.  (Exh. 1 at

25   pp. 11-13; PSR ¶ 18.)  Defendant then escalated by asking for

26

27   ────────────

28        [1] The government is currently attempting to obtain all
     restitution requests and reach a stipulation with defense counsel on
     the applicable restitution.

"naughty videos" and asked Victim 1 to put something in her "butt" and then in her "pussy" and to do it while bending over, facing the camera. (Exh. 1 at pp. 41-42; PSR ¶ 20.) Unsatisfied, defendant asked Victim 1 whether she had anything bigger or a "boy dog." (Id.)

This arrangement, luckily, did not last long as Victim 1's mother was alerted to this conversation in her daughter's laptop. (PSR ¶ 16.) Victim 1's mother then alerted law enforcement to report that her daughter was being sexually exploited by an unknown male over the internet. (Id.) The Ontario Police Department then searched defendant's residence pursuant to a state search warrant and then interviewed defendant. During that interview, defendant admitted he was sexually attracted to prepubescent girls, and he admitted how long he had been soliciting photos and videos from girls that he contacted online. (Exh. 1; PSR ¶¶ 22-23.)

In defendant's cell phone, law enforcement found several folders labeled with girls' names, containing photos and videos of the girls. (Exh. 1 at pp. 30, 32-36; PSR ¶ 22.) Law enforcement also found several additional folders labeled with the website/social media app names, with additional child pornography contained in such folders. (Exh. 1 at pp. 30-32; PSR ¶ 23.) During his interview, defendant identified several folders with female names as minors that he contacted online to solicit images. (Exh. 1 at pp. 30, 32-36; PSR ¶ 22.) Defendant admitted to contacting an 11-year old girl in New York, a 13/14 year old girl in Chicago, another 11-year old girl in New York; and a 12-year old girl in Fontana, California ("Victim 2"). (Id.)

1      In a folder labeled with Victim 2's name, law enforcement found

2 25 images and 33 videos, including several video files of a pubescent

3 girl masturbating with a makeup brush.  (PSR ¶ 22(d).)

4      In a folder labeled with Victim 1's name, law enforcement found

5 14 images and 13 videos of Victim 1, including the following:

6      (1) a video file titled "0214c784-4806-4225-bf75-

7 dc6233aaf009.mp4" depicting Victim 1 with pants pulled down to her

8 thighs, inserting what appears to be a dark marker or a pen into her

9 vagina;

10      (2) a video file titled "5ff7349f-491f-4502-909a-

11 32fc33677944.mp4" depicting Victim 1 squatting in front of the camera

12 and rubbing her vagina with her hand; and

13      (3) a video file titled "af58070b-4b93-b9a7-a9001003934b.mp4"

14 depicting Victim 1 inserting what appears to be a dark marker or pen

15 into her vagina, amongst other video files depicting similar conduct

16 by Victim 1.

17      (Dkt. 34 ¶ 16; PSR ¶ 21.)  Defendant also admitted that he was

18 in contact with a young girl who appeared to be 9 or 10 years old

19 ("Victim 1").  (Exhibit 1 at pp. 7-9; PSR ¶ 34(a)).  Defendant

20 admitted to engaging in sexual fantasies about Victim 1, and that he

21 would have had sex with Victim 1 had he been given an opportunity to

22 do so.  (Exh. 1 at pp. 26-27; PSR ¶34(c)).  Defendant also admitted

23 to preferring to look at "undeveloped vaginas."  (Exh. 1 at p. 22;

24 PSR ¶ 34(d)).

25      He also admitted to often identifying himself as a minor himself

26 online because parents are less likely to question their children

27 about being contacted by another minor male.  (Exh. 1 at p. 9; PSR ¶

28 34(b)).

Defendant did not limit his behavior to girls that he met online, however.  Defendant had also downloaded hundreds of child pornography from various apps and websites such as Telegram and categorized them in folders on his phone.  (Exhibit 1 at pp. 30-32; PSR ¶¶ 22, 29.)

Most aggravating, however, is the fact, that at the time defendant was arrested by Ontario Police Department for his conduct towards Victim 1, he was on pretrial release for a different criminal case in a different San Bernardino County Superior Court, Case No. FWV18003015, for molesting his 12-year old cousin by rubbing a personal massager over his then 12-year old cousin's thigh and buttocks.  (Exh. 1 at pp. 2-3, 23; PSR ¶ 84.)

**III.      GUIDELINES CALCULATIONS**

The government agrees that the USPO properly calculated defendant's criminal history as category I.  (PSR ¶¶ 78-82.)

The USPO calculated defendant's base offense level as 32, pursuant to U.S.S.G. § 2G2.1(a). (PSR ¶ 40.)  The USPO found that these enhancements applied in this case:

| Levels | Enhancement | Guideline Section |
|--------|-------------|-------------------|
| +4 | Minor less than 12 years old | USSG §2G2.1(b)(1)(A) |
| +2 | Commission of a Sexual Act/Contact | USSG §2G2.1(b)(2)(A) |
| +4 | Sadistic conduct or other depictions of violence[2] | USSG §2G2.1(b)(4)(A) |
| +2 | Use of Computer[2],[3] | USSG §2G2.1(b)(6)(B) |

[2] The parties did not stipulate to this enhancement in the plea agreement, but the government believes that this enhancement is properly applied in this case.

[3] This enhancement also applies because defendant misrepresented himself to Victim 1.

5

| +1 | Psuedo-count[2] | USSG §3D1.4 |
| +5 | Pattern of Activity[2] | USSG §4B1.5(b)(1) |

(PSR ¶¶ 42-72.)

The government concurs with these enhancements and in the USPS's calculation of the Total Offense Level of 43, after a three-level downward adjustment for acceptance of responsibility. With a total offense level of 43, CHC I, the advisory guideline range is 360 months.[4]

IV.   **ASSESSMENT OF THE SECTION 3553(a) FACTORS AND THE GOVERNMENT'S SENTENCING POSITION**

Here, a sentence of 360 months is sufficient, but not greater than necessary, to comply with the purposes of sentencing.  The nature and circumstances of the offense, the history and characteristics of the defendant, the need to afford adequate deterrence, and the need to avoid unwarranted disparities, all support a sentence of 360 months in this case.

Defendant had been soliciting child pornography from children that he contacted over the internet for years when he was finally arrested by law enforcement in 2019 for conduct involving Victim 1. Law enforcement then discovered that defendant had been secretly collecting and organizing his private collection of child pornography by folders labeled with girls' names or the website/app names from where he had obtained them.

---

[4] The advisory guideline range for Level 43, CHC I is actually life, but the guideline range is capped by the statutory maximum penalty of 30 years.  See 18 U.S.C. § 2251(a),(e).

In his interview with law enforcement, defendant admitted to a longstanding sexual attraction to younger girls, that he preferred to masturbate fantasizing about prepubescent girls, and understood that it was illegal for him to act out on his attraction.

Defendant's actions involved harm to real, multiple, children. This was not a one-time error in judgement or slip in impulse control but a years-long, premeditated, campaign to satisfy his sexual interest.  Defendant could have stopped himself anytime before he was arrested in November 2019, but chose not to.  He chose instead to continue his illicit sexual behavior.  He chose to pretend to be a teenager himself online to evade detection and suspicion.

Furthermore, defendant did not restrict his behavior to online conduct, but chose to act out on other children near him, _i.e._ his then 12-year old cousin.[5]  In short, defendant was a serial and calculating predator who solicited children to produce increasingly degrading and sexually explicit images and videos of themselves and his sentence should properly reflect the harm he has caused to his multiple victims and the community.

The sentencing here should also seek to minimize sentencing disparities among similarly-situated defendants.  Using the correctly calculated sentencing guidelines as a starting point for sentencing helps accomplish this goal.  See, e.g., United States v. Treadwell, 593 F.3d 990, 1011-12 (9th Cir. 2010).  Although the requested sentence of 360 months is actually below the applicable guidelines range, it is nonetheless the maximum allowable sentence of

---

[5] In his interview, defendant admitted that the passcode to his cellphone was a cousin's birthday, and the cousin was none other than the one who is the victim in the pending state case. (Exh. 1 at pp. 38-39.)

imprisonment that may be imposed for the offense of conviction, and therefore it would avoid unwarranted sentencing disparities among similarly-situated defendants.

In conclusion, a custody sentence of no less than 360 month is appropriate and warranted in this case based on the nature and circumstances of the offense, the history and characteristics of the defendant, the need to afford adequate deterrence, and the need to avoid unwarranted disparities.

**V.   RESTITUTION**

As noted by the USPO, 18 U.S.C. § 2259 prescribes mandatory victim restitution for defendant's crime of conviction (as does U.S.S.G. § 5E1.1).  The government is still attempting to ascertain that it has will attempt to reach a stipulated resolution concerning the restitution due to victim(s) in this case.  In the alternative, the government will shortly file briefing on this issue in the event the parties are not able to come to an agreement.

**VI.  CONCLUSION**

For the foregoing reasons, the government respectfully submits that defendant should be sentenced to 360 months in custody, followed by a lifetime period of supervised release, a mandatory assessment of $100, and appropriate restitution if applicable.

<u>DECLARATION OF SONAH LEE</u>

I, Sonah Lee, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am the attorney representing the government in the prosecution of <u>United States v. Jonathan Garcia</u>, Case No. ED CR 20-00041-JGB.

2.    Attached as Exhibit 1 to the government's sentencing memorandum is a transcription of an interview conducted by Ontario Police Department on November 26, 2019, with defendant Jonathan Garcia, in connection with this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Riverside, California, on July 25, 2022.

SONAH LEE

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# EXHIBIT 1

16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD, STE. 1700

LOS ANGELES, CA 90024

| | |
|---|---|
| Requesting Official(s) and Office(s): | Kianna Simmons, Los Angeles Field Office |
| File Number: | Case Number: ███████████ |
| Disc Number (Section): | Disk 1 of 1 (Jonathan Garcia Interview) |
| Transcriber(s) and Office/RA: | OST Ashley Miller, Los Angeles Field Office |

## VERBATIM TRANSCRIPTION

| **Participants** | | **Abbreviations** | |
|---|---|---|---|
| DN: | Detective Newland | Primary Language: | (standard) English |
| JG: | Jonathan Garcia | PH: | Phonetic |
| DW: | Detective Weischedel | UI: | Unintelligible |
| UF: | Unidentified Female | OV: | Overlapping Voices |
| | | BN: | Background Noise |
| | | UM: | Unknown Male |

File 001
[Beginning of recording 00:00:00]

Background noise: [Laughter, Whistling] [00:02:16-00:02:39]

UF:     Really, alright, come on and have a seat.

DN:     What's up man, how you doing?

JG:     Good.

DN:     Same here. [UI 00:02:48]

JG:     [UI 00:02:51]

DN:     Jonathan right?  Have a seat right there in that chair.  This one.  How you doing dude?

JG:     [Sigh] I'm alright.

DN:     You alright?

JG:     Just tired.

DN:     Just tired? Okay. Um my name's Detective Newland. This is Detective Weischedel. We're detectives here at the uh police department, um here to talk to you about why you were uh placed under arrest today.

JG:     Mhm.

DN:     Do you have any idea why you're here?

JG:     Uh, no.

DN:     No idea whatsoever? Okay. Um, you've been arrested before?

JG:     Uh, once.

DN:     What for?

JG:     Uh at the courthouse I was uh they set a bail for, I was being charged with uh 288.

DN:     Mhm.

DW:     Oh so they took you into custody in the courtroom

JG:     Yeah.

DW:     Right there?

JG:     Yeah, took me into custody in the courtroom.

DW:     And so they set bail and

DN:     Okay.

JG:     And then I'm currently released on bail.

DN:     You're out on bail right now?

JG:     Yes.

DN:     Okay, when's your next court appearance?

JG:     Uh, December 10th.

DN:     December 10th, alright. Um, alright, well you understand you're under arrest, right?

JG:     Yeah.

DN:     Okay um I want to talk to you about why you're here, but I need to read you your rights first, okay?

JG:     Mhm.

DN:     Okay. So you have the right to remain silent, do you understand?

JG:     Yes.

DN:     Anything you say may be used against you in a court of law, do you understand?

JG:     Mhm.

DN:     You have the right to the purchase of an attorney before and during any questioning, do you understand?

JG:     Yes.

DN:     If you cannot afford an attorney, one will be appointed for you free of charge before any questioning if you want. Do you understand?

JG:     Yeah.

DN:     Do you understand your rights?

JG:     Mhm.

DN:     Okay. Um so I want to talk to you about why you're here and um ask you some questions and then I'm sure you'll have some questions for me um do you want to talk to me about why you're here?

JG:     Nah.

[Time Stamp: 00:04:45]

DN:     No?

JG:     Mm.

DN:     Alright.

JG:     I want to hear why first, before I say anything.

DN:     Okay well, I mean do you want to talk to me? I need to know if you want to talk to me. If you're willing to answer questions.

JG:     Oh, I am willing to answer questions, yes.

DN:     Oh, okay alright. Um.  So we are conducting an investigation that started um in November but it looks like it goes back into September um involving some online stuff. Um, do you have a Roblox account?

JG:     I do.

DN:     You do? And do you have a KIK account?

JG:     Yes.

DN:     Okay, and do you have a TikTok account?

JG:     No.

DN:     No?

JG:     Or um, I did, but that was years ago.

DN:     Okay, um do you have a Likee [PH 00:05:41] account?

JG:      Yes.

DN:      Yes, okay. Um, while we're in this room, the only thing I ask is that you be truthful with me.

JG:      Yeah.

DN:       Um, are you a hundred percent positive you don't have a TikTok account?

JG:      Uh [Sigh] I don't know if that account's still up, but I had one in the past haven't had one, uh my phone actually won't let me download the app.

DN:      Why?

JG:      I don't know. I've tried making a new account tried, uh same with Instagram as well.

DN:      Okay. Um, uh.  So what's Likee [PH: 00:06:26]? I've never even heard of that one.

JG:      Uh it's similar to TikTok.

DN:      You can make videos on it?

JG:      Yeah just make videos.

DN:      Upload 'em.

JG:      Upload 'em

DN:      And TikTok, um does TikTok when you upload a video to TikTok does it only go to TikTok or does it go to YouTube or?

JG:      Uh it only goes to TikTok but I believe you could like link your YouTube account and all that.

DN:      Okay. Um what's your username on Roblox?

JG:      Uh King Jon Gar. K-I-N-G-J-O-N-G-A-R.

DN:      Like jar? Like a jar of mayonnaise?

JG:      Uh, that's my uh, the uh first three of my first name, first three of my last name.

DN:      Say that one more time.

JG:      First three letters of my first name, first three letters of my last name. Jon then Garcia.

DN:    Oh, wait but it's G-A-R.

JG:    G-A-R. Gar.

DN:    G-A-R. I'm sorry do you know what, I don't know why I was thinking well "J".

JG:    Ah.

DN:    You said "J"? "G".

JG:    It's a "G".

DN:    G. Got it. Got it.  So Gar. That makes more sense. Cause, I was like wait, that doesn't make sense. What about KIK?

JG:    Uh I believe its The King Jon Gar.

DN:    And what about TikTok?

JG:    Uh [sigh], I just don't remember that one. Or TikTok would have been probably the same.

DN:    The same?

JG:    Yeah.

DN:    The King.

JG:    Or King Jon Gar.

DN:    And what about Likee [PH 00:07:58]?

JG:    Uh [sigh] it's just uh Free Hugs and then it's like a little emoji.

DN:    What are the emoji's?

JG:    It's uh parentheses, it's like.

DN:    So like symbols?

JG:    It's like, it's like some symbols, yeah, it's a face.

DN:    So, like with a face made of symbols?

JG:    Yeah.

DN:     And, Free Hugs it is spelled F-R-E-E-H-U-G-S?

JG:     Yeah.

DN:     No extra G, no extra S, no extra E.

JG:     No.

DN:     Just Free Hugs.

JG:     Yeah.

DN:     Okay. Um, what's your cell phone number?

JG:     909-███-████.

DN:     And this is your cell phone?

JG:     Yes, that is correct.

DN:     And this is the one they found in your pocket?

JG:     Mhm.

DN:     Okay.

[Pause 00:08:56-00:09:16]

DN:     Okay, um. [Clears throat] Alright, so what we're here to talk to you about is somebody who you made c-uh, contact with on Roblox. Is this starting to ring a bell?

JG:     A little.

DN:     Okay, what do you know about her?

JG:     I'm assuming underage girl.

DN:     Underage girl? How old do you think she was?

JG:     Mm. She told me eleven, but she looked younger.

DN:     How old do you think?

JG:     Maybe nine or ten.

DN:     And how do you contact her?

JG:    Uh she kept following me on Like.

DN:    She followed you?

JG:    Yeah.

DN:    So, let me get this straight. So you have Roblox, did you contact her on Roblox?

JG:    Never. She kept uh asking me to play with her.

DN:    Mhm.

JG:    And I actually don't use the app, I don't really like the game.

DN:    Okay. So explain to me man, I'm, I'm forty-two years old.

JG:    Yeah.

DN:    I don't play Roblox. What's Roblox?

JG:    It's just a game like you build a character and then you can build a game it's like ah I don't really know myself?

DN:    Is it like Minecraft?

JG:    I-I guess, so.

DN:    Okay, not that I've ever played Minecraft, but I've seen it.

JG:    Like, I think Minecraft is more world building, while this is more like playing with others.  So like I don't play either of the games.

DN:    So how did she ask you to play Roblox if you don't have a Roblox?

JG:    Um, she asked if I had an account, I've made one in the past. So I was like, I have one, but I don't play.

DN:    And she contacted you first?

JG:    Uh, I believe so.

DN:    Okay, how, how did she contact you, on what platform?

JG:    Uh like.

DN:     And do you know what her username is?

JG:     Uh, I think it was just her name?

DN:     What's her name?

JG:     E████.

DN:     E███? Was it, do you know how that's spelled?

JG:     E-██████?

DN:     And you thought she was ten, nine or ten?  But you, she identified herself as eleven, but you thought she was nine or ten?

JG:     Yeah and then on the account it says like sixteen on my age.

DN:     Why do you do that?

JG:     Uh, it's like many reasons, but.

DN:     Break them down to me.

JG:     'Cause I mainly use the app to talk to like different people and then usually some of them end up being underage.

DN:     Mhm.

JG:     And then they don't really question it more when I had my real age as twenty-six compared to sixteen.

DN:     You're saying they don't really question your age being sixteen.

JG:     Yeah.

DN:     But if you put twenty-six, you think they'd question that?

JG:     Or...

DN:     Maybe a parent would question it?

JG:     Yeah.

DN:     Okay. Um.

[Pause: 00:12:19-00:12:30]

DN:     When you guys started talking, um what, what platform did you guys talk on mostly?

JG:     Likee.

DN:     Likee. Did you ask her to download TikTok and KIK?

JG:     Uh.

DN:     So remember

JG:     Yeah.

DN:     I'm asking you questions, and I want to see if you're being truthful because I know a lot of the answers to the questions I'm asking you.

JG:     Yeah I have. I

DN:     So when I say that in this room, I'm asking for honesty, dude.

JG:     Yeah

DN:     You know what I mean?

JG:     Yeah.

DN:     Because I, a lot of these questions I'm asking, I already know the answer to but

JG:     I know.

DN:     I want to see if you're, if you're gonna be honest with me, you know what I mean?

JG:     I have asked her to download KIK.

DN:     What's that?

JG:     I asked her to download KIK, she already had TikTok, I believe.

DN:     Okay, so she had TikTok, do you remember what her username was?

JG:     I don't know because I, like I said, I don't have TikTok myself.

DN:     Oh.

JG:     So, I actually did not know that she had TikTok.

DN:   Okay and um you told her to download KIK?

JG:   Yeah.

DN:   And do you know what her um name was on that?

JG:   I don't actually remember that.

DN:   Okay. And how do your conversations go?

JG:   Mm. Like I first told her that I only really have the like app Likee.

DN:   Mhm.

JG:   Just to kind of trade nudes with other people.

DN:   Mhm.

JG:   And I for-, and then, it would switch between that kind of stuff and then just regular it's like stuff about video games.

DN:   When, when did um, when did things take a turn?

JG:   Uh, she told me that she would start sending pics if I bought her currency on Roblox.

DN:   What kind of pics?

JG:   Uh, sexual.

DN:   Well how did she, how did she bring that up?

JG:   Uh, she started asking if I could, whether or not I was able to buy uh Roblox currency.

DN:   'Kay.

JG:   I told her yeah, I can.

DW:   Did she kind of tell you what kind of pics she would send?

JG:   Sexual, just.

DN:   What did she say?

JG:   Like.

DN:     Dude you say fuck shit tits vagina pussy I don't care whatever you, whatever you, whatever word you used

JG:     Um. [UI 00:14:57]

DN:     Dude, we're we're

JG:     Yeah.

DN:     You know we're all grown men, right? So you can use whatever word you want in here, okay. Feel comfortable, relax man, okay?

JG:     Alright.

DN:     We're just having a conversation.

JG:     Yeah.

DN:     So what did?

JG:     Oh, just like pictures of her naked.

DN:     She said that she would send pictures of her?

JG:     Yeah.

DN:     Is that what she said? Naked?

JG:     Yeah.

DN:     Okay. In exchange for

JG:     Cur-

DN:     What, what do you call it?

JG:     Cur-, uh they're called Robux, I believe on that.

DN:     Robux?

JG:     R-O-B-U-X.

DN:     R-O-U.

JG:     R-O-B-U-X.

DN:   R-O, I'm sorry one more time, I'm all F-d up over here. R.

JG:   O-B-U-X.

DN:   Oh Robux.

JG:   Yeah.

DN:   And that's like, Roblox currency?

JG:   Yeah, Roblox currency.

DN:   And, did you in fact end up sending her some money?

JG:   Uh, yes.

DN:   How much did you send her?

JG:   I want to say sixty bucks worth of thing?

DN:   Are you sure it wasn't seventy-six dollars?

JG:   Possibly. She kept asking me to uh send her, and then I'll send her in like maybe like five bucks, two bucks.

DN:   Do you think it could have added up to seventy-six bucks?

JG:   Possibly.

DN:   And did she send pics?

JG:   Yeah.

DN:   What kind?

JG:   Uh picture of her naked.

DN:   And like describe it. Is she is it like full frontal is it pictures of her boobs, pictures of her vagina, pictures of her anus.

JG:   Uh. Mix of

DN:   All of the above?

JG:   All of the above.

DN:     So, can you see her face?

JG:     A few of them, yeah.

DN:     Okay. And how old do you think she looked in the pictures?

JG:     Like clearly underage, like nine, like nine or ten.

DN:     So what did you do with the pictures?

JG:     Uh, nothing, they're just on my phone.

DN:     They're on this phone?

JG:     Yeah.

DN:     Do you have a laptop?

JG:     I do not.

DN:     What about uh tablets, other cell phones?

JG:     I-I have two tablets and a bunch of old phones that aren't really working.

DN:     Mhm. Anything on those?

JG:     Yeah I've been doing similar stuff to this for maybe four years. And then all my, all my old phones have just

DN:     Child porn?

JG:     Yeah.

DN:     Okay. Um and how old are you?

JG:     Twenty-six now.

DN:     Twenty-six. Okay. Um alright, um

[Pause: 00:17:39-00:17:52]

DN:     When do you think you started doing this?

JG:     Uh, probably 2015.

DN:     So are, so the cell phones and the tablets.  Are the tablets gonna have anything on 'em?

JG:     I think one of them does, the other one's used for gaming.

DN:     Tell me about this video.

JG:     Which one?

DN:     Tell me about all the videos.

JG:     Uh.

DN:     Including this girl.

JG:     Well the first picture somebody ever sent me the girl was maybe fourteen, fifteen. She knew my actual age, which was around 21 at the time? No four years ago? So I was like 22. And then, it's like I would talk to them for maybe a few months then they'll either leave the app or

DN:     Well I'm talking specifically about this one, █████.

JG:     █████.

DN:     Right the girl that you identified, [OV: JG: I [laugh]] █████.

JG:     She kept uh saying that she'll keep doing stuff if I keep paying money.

DN:     Mhm.

JG:     And then I keep, I kept uh, honestly I kept trying to it's like tell her to do more and more stuff, hoping that she'll just stop asking.

DN:     Mhm.

JG:     'Cause I honestly did not have that kind of money to be doing that.

DN:     Mhm.

JG:     But

DN:     And then so, how did you, how did you get her to send you a video of herself masturbating?

JG:     Uh, through KIK.

DN:     Through KIK.

JG:     KIK, 'Cause KIK allows you to send longer videos compared to Likee where you can only send maybe fifteen seconds.

DN:     And how long do you think the video was that she sent you?

JG:     Uh, probably forty seconds to a minute.

DN:     And what's she doing in the video?

JG:     Uh, masturbating.

DN:     With what?

JG:     Uh, just rubbing her pussy.

DN:     Okay and doing what else?

JG:     Uh. I think that was it.

DN:     Was she using anything?

JG:     There was one video where she was using uh what looked like a pen I guess?

DN:     Like a marker?

JG:     Like a marker, yeah.

DN:     Is so, is there one video where she sent you where [OV: JG: There, there is one more video] she's rubbing her pussy?

JG:     There's at least, I think she sent seven videos in total. Some of them were just her rubbing her pussy and the ones with her rubbing it was with the marker.

DN:     And I'm not trying to embarrass you,

JG:     Yeah.

DN:     I'm not trying to talk down to you, I'm not you know, we're you know I have a job to do.

JG:     Mhm.

DN:     And I appreciate your, your candor and you talking to me. Uh when you would watch these videos, would you masturbate?

JG:     Yes.

DN:     Okay. Um did you guys ever um live chat?

JG:     Mm no.

DN:     You didn't say that very convincingly.

DW:     So you did it with other girls then?

JG:     I, I, I have live chatted with other girls.

DN:     Okay, but you didn't specifically with E███?

JG:     No.

DN:     Um and how many pictures of your erect penis do you think you sent to E███?

JG:     Mm, three to four.

DN:     Um was your penis erect?

JG:     Yeah, at one point, yeah.

DN:     Would you, would you be watching the videos, be masturbating, and take a picture of your erect penis while you were masturbating and then send her the video? Or the picture of you masturbating?

JG:     Uh.

DN:     Was it a picture of you masturbating?

JG:     I don't recall if I ever sent her a video.

DN:     But I mean what I'm saying is.

JG:     Yeah, yeah.

DN:     You're masturbating.

JG:     Mhm.

DN:     You snap a picture, and then you send it to her? Is that all in the same time period? Like you would be masturbating and watching her video.

JG:     Uh, I don't think I ever did that with E███.

DN:     Okay.

JG:     It's like I think, I only sent her pics whenever she asked? Which was very rarely, that she'll actually ask me to send the pic.

DN:     How many pictures do you think you sent to her?

JG:     Uh I want to say three to four.

DN:     And was it always erect?

JG:     Uh I think one picture it wasn't.  Like I had just gotten out of the shower and then she was very demanding of it.

DN:     So she would ask you for pics?

JG:     Yeah.

DN:     Did you ever ask her to meet you?

JG:     I did once, knowing that she would say no. Because she kept asking

DN:     How do you know that?

JG:     Well I'm assuming she was gonna say no, 'cause she kept

DN:     Why's that?

JG:     [Laugh] Well, I'm assuming she was gonna say no.  She kept asking for the hundred dollar pack and I really wasn't, I had no intentions of spending a hundred dollars.

DN:     So let me ask you this, if she had said hypothetical, right um.

JG:     If she had said yes.

DN:     If she had said yes, um, well let me ask you I mean if she had said yes and you guys met at a park right?

JG:     Yeah.

DN:     You drive?

JG:     I don't, -I

DN:     You have access to a car?

JG:     I don't actually have access to a car, any forms of transportation

DN:     But you have a bike, skateboard, scooter, you walk.

JG:     Nothing, nothing I walk.

DN:     You walk, okay.

JG:     I walk everywhere

DN:     And she lived around the corner from you? Or you guys would meet up at a park. Um would you let her give you a blow job? Would you go down on her?

JG:     I probably would have.

DN:     Mhm

JG:     But like I said, I believe she lived, I think that, 'cause the app will tell you when you're talking to somebody if they have their location on like a, the distance?

DN:     Mhm

JG:     I think her's was like twenty to seventeen kilometers.

DN:     So you know how like you're watching a video and

JG:     Yeah

DN:     It's kind of like you don't, so you're masturbating and you're watching the video right?

JG:     Yeah.

DN:     And that turns you on because it's sexual.

JG:     Mhm.

DN:     Right um, do you fantasize in your head about having sex with nine year olds?

JG:     I do.

DN:     Okay, alright. Like what kind of sex?

JG:     Mm.

DN:     Like vaginal sex? Anal sex?

JG:     Yeah.

DN:     Oral sex? All of it?

JG:     All of it.

DN:     Okay. And do you fantasize about white girls, Mexican girls, black girls any kind of girls?

JG:     Any, any kind.

DN:     Okay, what about boys?

JG:     No.

DN:     You into boys?

JG:     No.

DN:     No. Not, no interest in little boys? Or

JG:     No interest in boys.

DN:     No interest in boys? No interest in grown men?

JG:     No.

DN:     Do you have an interest in grown women?

JG:     Yeah.

DN:     So, you've had sex with women?

JG:     I'm a virgin.

DN:     You're a virgin? Okay. Um, 'kay

[Pause: 00:25:09-00:25:51]

DN:     Okay um, when, do you remember when this all started with her?

JG:     Mm, honestly, not that long ago.

DN:     Like September-ish?

JG:     It's like I first, it's like I don't remember when she first texted me. But like the sexual stuff maybe it was October.

DN:     Okay um, do you remember saying things like now we can do naughty stuff?

JG:     Mm probably.

DN:     Would you do naughty videos?

JG:     Yeah.

DN:     I want to see your butt. Stuff like that?

JG:     Yeah.

DN:     Still pretty common?

JG:     Yeah.

DN:     So this nine year old girl um, like does she have boobs?

JG:     No.

DN:     No, it's pretty flat?

JG:     Yeah.

DN:     Okay she have any public hair?

JG:     No.

DN:     Does she have a developed vagina?

JG:     No.

DN:     It's not developed?

JG:     No.

DN:     Like you know what I mean?

JG:     Yeah.

DN:     Like there's a nine year old vagina and then there's a nineteen year old vagina.

JG:     Yeah.

DN:     They look different.

JG:     Yeah

DN:     Do you have a preference to look at the undeveloped vagina? You prefer that?

JG:     I, I do, but like I said

DN:     What about it?

JG:     I don't honestly it probably started when I was around kindergarten?

DN:     Oh yeah.

JG:     Yeah.

DN:     That young?

JG:     Yeah my uh brother he got me and my sister together and it's like 'cause it started as a game of truth and dare.

DN:     Mhm

JG:     And it turned sexual.

DN:     Okay Jonathan I got to ask you a question, and I know it's gonna be a tough question. Um, but my job is to, is to help victims but I'm trying to help you too because I think you need some help too. Okay? Um, have you um had sex with underage girls?

JG:     No.

DN:     Is there gonna be, am I gonna discover a twelve year old girl

JG:     No.

DN:     That's gonna come forward and say hey he had sex with me.

JG:     No.

DN:     Oral sex? You put your fingers inside of her?

JG:     No.

DN:     Did you put your tongue inside of her? Because, you know I have a duty

JG:     Yeah.

DN:     And I think right now, I think you doing the right thing would be, I mean you're being very truthful, you're being forthcoming and we appreciate that and um I would just want to help that little girl.

JG:     Mhm.

DN:     You know and if there's, if there's somebody out there that, that I can reach out to and say hey we can get her services and

JG:     Mhm.

DN:     We can get her some therapy.

JG:     Uh huh.  I never had it any real sexual contact with anyone.

DN:     Mhm.

JG:     But I a-, uh like I said earlier, I did get charged with lewd acts with a minor.

DN:     Mhm.

JG:     With something that happened with my cousin.

DN:     Okay.

JG:     That was around like six years ago.

DN:     Okay. Okay, and that, that's a pending case?  I don't know anything about that one [UI/OV: 00:28:47].

JG:     It was a pending case.

DN:     Uh huh.

JG:     So I was actually set to go to trial on the tenth.

DN:     Of.

JG:     December.

DN:     Tenth of December.

JG:     Yeah.

DN:     Okay um, so you, you told us that you've contacted other girls.

JG:     Yeah.

DN:     Regarding the same thing.

JG:     Yeah.

DN:     Um, how many other girls do you think there are?

JG:     Honestly, in the last four years? Anywhere between fifty to a hundred? It's like most of 'em would probably civilly stay in contact for maybe a week some of them a little longer.

DN:     How many videos and pictures am I gonna find on your phone?

JG:     In total maybe between a hundred and two hundred.

DN:     Videos or pictures?

JG:     Uh, mix between the both.

DN:     Would you be willing to grant me access to your phone? Just go ahead and tell me.

JG:     Yeah.

DN:     So you, you're willing to let me search your phone and look through it?

JG:     Yeah.

DN:     Ok what, what's your password?

JG:     ███

DN:     ███

JG:     Yeah.

DN:     Can you get me a written? Um, I'm gonna have my partner get, it's a written consent form. It's just

JG:     Yeah.

DN:     You know, it's just so

JG:     That I, that I

DN:     Give him consent.

JG:     Consent.

DN:     Um, what about uh, oh my foot fell asleep dude. Um

[Pause: 00:30:35-00:30:41]

DN:     I mean I'm kind of dumfounded, you know? I'm kind of

JG:     Yeah, yeah it's

DN:     At a loss for words. Um it's a lot to take in even you know I've been doing this job for a long time it's just a lot to take in. Wh-what, so when you're out at the grocery store

JG:     Mhm

DN:     And you like, I'll see I'm forty-two right, so

JG:     Yeah.

DN:     I'll see a, a grown woman and I'll say to myself wow she's really attractive. Because you know like normal sexualization

JG:     Yeah

DN:     Would be you know I find her attractive, I find her hair attractive, or she's got you know either you're a leg man, or a butt guy

JG:     Mhm

DN:     Or a boob guy right? So you're telling me that you have more of a sexual attraction to younger underage girls. What is the attraction? Like what do you find attractive?

JG:     Honestly I don't even know.

DN:     Like have you ever been to the Victoria Gardens?

JG:     Yeah.

DN:     The mall, right?

JG:     Yeah.

DN:     You know in the summertime?

JG:     Yeah.

DN:     The kids out there and they play in the fountain and sometimes there's little girls out there that are, that are topless, or there's definitely boys out there that are topless?

JG:     Honestly, I've never seen that.

DN:     Oh, you never have?

JG:     No.

DN:     Okay, so you ever been to Raging Waters?

JG:     Uh no.

DN:     Okay, you've ever been to the beach?

JG:     Yeah.

DN:     Okay so whereas like I might be at the beach and see a grown woman in a bikini and be like wow she's really sexy or I find her attractive.

JG:     Yeah.

DN:     Do you find yourself looking at younger girls, like at the beach

JG:     In a similar way?

DN:     In a similar way?

JG:     Yeah, but it's like I wouldn't look at just the younger girls, I also look at girls my age.

DN:     Oh okay. So you would look, you would look at both.

JG:     Yeah.

DN:     When you masturbate, do you find yourself masturbating thinking about younger girls or?

JG:     More younger girls.

DN:     More younger girls? Okay. Um, do you, do you have, do you, do you have the, the understanding or the thought process that given the opportunity I mean you basically already told me yes, but if this nine year old girl lived around the corner and she said I'm gonna ride my bike to XYZ park.

JG:     Mhm

DN:   Let's meet up. And she was okay with you touching her and having sex with her and, you would do that?

JG:   I probably would.

DN:   You probably would?

[Pause: 00:32:54-00:32:58]

DN:   Um, today Weischedel, do you know what today is?

DW:   It's the twenty

DN:   Twenty-sixth?

DW:   It is twenty-sixth, indeed it is Sir.

DN:   J-O-N-A-T-H-A-N?

JG:   Yeah.

DN:   Garcia?

JG:   Mhm.

DW:   Have you ever tried meeting up with the other girls you've contacted?

JG:   Uh, there was one girl who actually lived really close.

DW:   Uh huh.

JG:   But it, she would text me randomly and sometimes she'll just like delete me off social media and then she'll add me back.

DW:   Hm. But d-did you ever meet up with her or?

JG:   No.

DW:   You sure?

JG:   I have never met up with a girl.

DN:   Is this just a case?

JG:   Yeah it's just a case.

DN:    It's a Samsung what?

JG:    Uh, Galaxy J7.

DN:    J7. I'm gonna take this off, okay?

JG:    Yeah, that's fine. Uh, there's like two parts.

DW:    So you never, you never

JG:    I never met up with any girl.

DN:    never met up with anybody.

DW:    So how come you didn't meet up with her then?

JG:    Uh, I think she was scared to meet up.

DW:    Was she?

JG:    Yeah, uh like, like she would entertain like the idea of it

DN:    Mhm

JG:    But

DW:    How old was she?

JG:    I believe she's turning thirteen soon.

DW:    Thirteen

DN:    Real quick, your cell, your phone number?

JG:    909-

DN:    Mhm

JG:    ███

DN:    What do you do for work?

JG:    I'm a cook.

DN:    Cook, where do you cook?

JG:     I cook at a warehouse called uh Del Rio Foods. We make like uh premade food.  It's like

DN:     Where does it go?

JG:     Uh, different places like a lot of stores and restaurants carry our products. I was at [UI: 00:34:41] and I saw like a little stand. And I also know we make uh certain products for like Del Taco, Jack in the Box, just like places like that.

DW:     Is it um uh Fontana?

JG:     It's in uh Mira Loma.

DW:     Mhm

DN:     Um okay, so can you sign, this gives me the consent, consent to search your phone. Sign there and then I'm gonna have Detective Weischedel sign below my name.  Thank you. And then Detective Weischedel [UI 00:35:16].  Um, so I'm an I-Phone guy.

JG:     Yeah.

DN:     So um, I just I can't let you manipulate the phone.

JG:     Yeah.

DN:     So if you could walk me through it. Um, so if I push that button? Where do I go from here?

JG:     Just uh slide up.

DN:     Slide up, oh got it, so it's ▮▮▮▮. Password okay. Oh like I said I'm android dumb.  So then what go here? Like

JG:     Home.

DN:     Which is home?

JG:     That middle button

DW:     What is that right there?

JG:     Pokémon?

DN:     Oh that's Pokémon.

JG:     I-I've been playing the game since I was like nine.

DN:     So, where do I go?

JG:     To

DN:     Videos.

JG:     Gallery right here, right in front, under YouTube.

DN:     This one.

JG:     Yeah.

DN:     Is it just all these?

JG:     Yeah, for the most part.

DN:     Okay, so are these all of your videos? Is there, all this is E███ ?

JG:     Yeah. Those are her.

DN:     Oh, okay.

DW:     So you actually saved 'em under her?

JG:     Yeah.

DW:     So you saved all the videos that were sent to you?

JG:     Mhm.

DN:     Okay. Um, who's A███ ?

JG:     Uh a girl I was talking to, she lives in New York State.

DN:     Alright so.

DW:     Did you do anything with those videos? Other than keep them on your phone?

JG:     Uh, yes.

DN:     Did you upload these anywhere? Download them anywhere?

JG:     No, I believe the ones from Telegram?

DN:     Uh huh, give me just a second.

DW:     Yeah.

JG:     Were videos someone else sent for me.

DW:     What do you mean?

JG:     Like uh, people trading child porn on line.

DW:     Oh okay.

DN:     So, I'm gonna go through 'em.

JG:     'Cause I als-also have like videos because somebody had sent me a website uh maybe
        two years ago

DW:     Mhm

JG:     Which was just a child porn website

DW:     What's it called?

JG:     Uh, it was called uh K██████.com

DN:     Tell me, spell it out for me?

JG:     K-███

DN:     Wait wait, one more time sorry I was getting ahead of myself K█

JG:     T-█

DN:     T-█

JG:     G-█

DN:     G-█

JG:     dot com

DN:     And that's for child porn?

JG:     It's, it's no longer up, but yeah.

DN:     Okay.

JG:     Somebody had sent me that link a while back maybe two, three years ago?

DN:     Mhm

JG:     And then I had a lot of videos from there, maybe a hundred to two hundred.

DN:     Okay.

JG:     And then people would message me occasionally to trade videos.

DN:     Mhm

JG:     I'd normally just trade those.

DN:     Okay, would you be willing to sign the same form for your tablets?

JG:     Yeah.

DN:     And your other phones?

JG:     Yeah.

DN:     Okay.  Do you mind?

DW:     Um, do we need to write um all their information on it or no?

DN:     You might need to get the bag.

DW:     Yeah.

DN:     It's on my desk.

DW:     Probably should.

DN:     Alright, if you don't mind.

DW:     Yeah, no problem.

DN:     And I really appreciate your cooperation dude.

JG:     Yeah.

DN:     You know, um. So, alright so we're gonna go through them 'em.  Um

[Pause: 00:38:55-00:39:00]

DN:     So A████, tell me about A████.

JG:     Uh, eleven.

DN:     Years old?

JG:     Yeah.

DN:     And where did you contact her?

JG:     On Like app.

DW:     Likee?

DN:     On Likee.  And how long ago?

JG:     Mm. I want to say [sighs] earlier October as well?

DN:     And how old is she?

JG:     Eleven.

DN:     Oh I'm sorry she's eleven.

JG:     Yeah.

DN:     And she sent you

JG:     Mostly pics and then a couple of videos.

DN:     Obviously eleven. Obviously young. She told you she was eleven?

JG:     Yeah.

DN:     Uh. So the videos are gonna be the ones that have the number right?

JG:     Yeah.

DN:     So it'd be, so it's two videos and then one, two, three, four, five, six, seven, eight, nine, ten pictures. She told you she was eleven?

JG:     Mhm.

DN:     Okay. Oh it says right there ten images two videos.

JG:     [laughs]

DN:     Told you man, I'm uh I'm not exactly the smartest um computer dude. I use an iPhone and I can barely use it. Tell me about C███.

JG:     Um, she's

DN:     How old do you think she is?

JG:     Thirteen, fourteen.

DN:     Did she tell you that?

JG:     Yeah I'd started talking to her when she was around eleven, twelve. She's probably the one I've talked to the longest.

DN:     Do you know where she lives?

JG:     Uh, Illinois?

DN:     Illinois.  And what about A███?

JG:     Uh, New York state.

DN:     Uh, oh so she's from Chicago. Right? Chicago, Illinois?

JG:     I think so.

DN:     Started talking, eleven or twelve.  And what, what platform would you talk to her on?

JG:     I've actually just messaged to her phone number that she had posted online

DN:     How do you get it online?

JG:     Uh, I think Instagram. Out of all the girls she's talked to, she's actually the only one I've that knows my real age.

DN:     Oh okay. How old were you to A███?

JG:     Uh, I believe I told her sixteen.

DN:     [JG phone video sound] How do I get out of there? Oh there we go.

JG:     There's a little arrow.

DN:     She's right there it looks. And then E███. Fourteen.  Did you upload these videos anywhere?

JG:     No.

DN:     Okay. S█████. How old is S█████?

JG:     She was almost uh eleven. Uh, also in New York.

DN:     Eleven?

JG:     Mhm.

DN:     How old does she think you are?

JG:     Sixteen.

DN:     How do you contact her?

JG:     Uh, I met her on Likee as well and Snapchat.

DN:     Listen, I'm sorry. Likee? And Snapchat?

JG:     Yeah.

DN:     And S█████?

JG:     She is twelve at the moment.

DN:     When did you start talking to her?

JG:     Uh, I want to say April this year.

DN:     Did she, was she eleven when you started talking?

JG:     No, no she's she'll be turning thirteen in a couple weeks.

DN:     And uh, um how did you start talking to her?

JG:     Also on Likee.

DN:     And how old does she think you are?

JG:     I believe sixteen. And she's the one that lives relatively close.

DN:     Like where?

JG:     Fontana as well.

DN:     Do you know where?

JG:     Uh I know a general direction I just don't know the address.

DN:     Do you know her last name?

JG:     I do not.

DN:     Do you know her phone number?

JG:     Oh actually, I think it's uh her last names P████.  Her phone number I don't believe I have it on my phone anymore.

DN:     Okay. And then what are these?

JG:     Uh, some of them when I went capture the videos on say, Snapchat. I would use an app. And so those are the names. So there might be more videos of…

DN:     Driver Genius, what's that?

JG:     I-I think that's just the name of the uh app folder or the where, that's where the app sends all the videos.

DN:     So, if you use a screen, so the Screen Recorder is an app?

JG:     Yeah.

DN:     So, you know like if I, if I send you a Snapchat and you screen it, or you screenshot it, it's gonna let me know?

JG:     No, but oh, yeah, yeah, yeah.

DN:     Right, but this doesn't let you know.

JG:     Yeah, yeah, yeah.

DN:     And all these videos are gonna be of underage girls?

JG:     Mm, yeah.

DW:     I didn't know how many forms, I grabbed five, do you need more than that?

DN:     I-I think I mean can we write more?

DW:     Yeah, I mean its all works.

DN:     I mean can you just write all.

DW:     We have

DN:     Can we just write all phones

DW:     There's six, six devices

DN:     Six devices?

DW:     I have five things.

DN:     And like six devices and three SD cards?

DW:     And SD cards yeah.

DN:     Write on it?

DW:     You can probably write.

JG:     Oh there's SD cards?

DW:     Yeah.

DN:     Yeah, do you have anything on the SD cards?

JG:     Um, honestly I have no clue.

DW:     You think you would have stuff on there?

JG:     There's a good chance.

DW:     There's a good chance?

JG:     But honestly

DW:     Okay

JG:     Because I believe I did like when my phone would run out of memory I just move everything to the SD card.

DW:     Okay

JG:     But I didn't have one

DW:     So you have you have uh looks like three Galaxies.

JG:     Yeah

DW:     You have two Galaxy S3s, you have a Galaxy S6.

JG:     A lot of them just based off charging as well like battery life maybe like one or two

DW:     There's a CD. Is there gonna be stuff on all of these?

JG:     I'm not sure about the Galaxy 2, uh Galaxy 2 definitely not.

DW:     There's two? I just see two Galaxies 3's

JG:     Uh it should have a sticker on the back.

DW:     I see a Galaxy 3, a Galaxy 3 all I have is oh yeah it's under there oh yeah this one

JG:     Yeah that's the Galaxy S2 actually.

DW:     Okay, I didn't see that one.

DN:     All the videos that you have on here, they're all gonna be underage girls?

JG:     Yeah.

DW:     Do any of these have passwords on 'em?

JG:     Uh, I believe so.

DW:     Which ones which? Do you remember, or?

JG:     Honestly when it – like once I got upgrade phones I usually just set them off to the side and

DW:     Do you know what, do you use the same password every time or?

JG:     Uh they're probably gonna be either the ███

DW:     Uh huh

JG:     Or if it's only a four letter one, ███

DW:     ██, okay. What's that ███?

JG:     Uh my phone for sure.

DW:    No no, but what's the significance of that?

JG:    It's uh my cousin's birthday.

DW:    It's your cousin's birthday. Which cousin?

JG:    The one, uh, that I'm actually going to trial for

DW:    Okay

JG:    Yeah.

DN:    Is Likee spelled L-I-K-E-E?

JG:    E-E, yeah. It was originally just L-I-K-E, but I guess they rebranded it a couple months
       ago.

DW:    Is there any videos or anything of your cousin on here?

JG:    No.

DW:    Nothing?

JG:    No.

DW:    Okay, what about these tablets? They have passwords?

JG:    Uh, I'm actually not sure.

DW:    Would they if they did what would they be?

JG:    It would be the ███, which is my birthday.

DW:    That's your birthday? That's what you said, good.  And you said some of these don't
       even turn on?

JG:    Uh, it's like they might, they might not. It's like they have trouble turning on which is
       why I just decided to just upgrade.

DN:    We'll just take those over there.

DW:    Yeah.  They're all dead anyways.

JG:    Yeah they're all dead. It's like I haven't touched any of those. Ah you can push the
       middle button and see if they're, and if you just swipe up.

DW:    Of course

JG:    It will tell you whether or not it has the passwords.

DW:    Yeah, it has the password.

JG:    I believe the one that's cracked has videos on it. The other one would not.

DW:    Where would they be at?

JG:    Uh, gallery.

DW:    In the gallery too?

JG:    Yeah.

DW:    There are videos of E█████ on here?

JG:    No.

DW:    So these are all different girls

JG:    Yeah.

DW:    Dude I'm gonna go get a couple chargers? This is about to die. Got some videos and stuff on it.

DN:    Oh okay it looks like, is this all the same stuff that's on this? Or they're different.

JG:    Different.

DN:    Different. Okay. I think we'll just, we'll just get it all done over there. I think I have enough here you know what I mean?

DW:    Sure

DN:    Um.

DW:    What's the pregnant, is that a pregnant lady or something?

JG:    No I don't think, it's just a girl trying to take a picture of her butt, but I don't know.

DN:    So listen dude, um, one of the things that um I always offer people that are sitting in your chair

JG:    Mhm

DN:   Are, is the, is the chance to write an apology letter um to the victim and maybe even to the victim's mom um is that something that you would like to do?

JG:   Um, yeah.

DN:   Okay, um I'm gonna give you uh couple pieces of paper. Three enough?

JG:   I think one should be fine.

DN:   One should be fine?

JG:   I'm probably not gonna

DN:   I'll give you two just and then I'm gonna step out um and I'm gonna be, you know what I'm gonna give you a pen.  I'm gonna be right on the other side of this door. Um when you're done, um just knock on the door, okay?

[DN and DW exit room 00:53:35]

[Pause 00:53:35-01:13:28]

[DN re-enters the room 01:13:29]

DN:   Um specifically with E███a, um

JG:   Mhm.

DN:   Did you, did you like teach her how to do what she did?

JG:   Uh yeah.

DN:   Like so you talked to her and

JG:   I told her what to do and she sent the videos.

DN:   Like what did you tell her?

JG:   It's like just stuff like doing uh video doing this, doing a video doing that

DN:   More specifically.

JG:   Like, like do a video of rubbing your pussy, do a video of like bending over and stuff like that.

DN:   Did you tell her to get a marker or?

JG:     Yeah

DN:     What did you tell her to get?

JG:     Just like, some, I told her something like a marker.

DN:     And then I saw one of the videos um one of the girls had a screwdriver.

JG:     She did that on her own

DN:     Did you instruct these girls though?

JG:     I no, not all of them.

DN:     Not all of them, but some of them you did like you did E███.

JG:     Yeah.

DN:     Okay, alright um okay do you have any questions for me?

JG:     Uh, so what's gonna happen next?

DN:     Well so next um you'll get booked at West Valley, you went to West Valley before?

JG:     I have been to West Valley before, yeah.

DN:     Okay yeah so you'll get booked there and then you'll see the judge probably tomorrow.

JG:     Oh, it's tomorrow?

DN:     Yeah.

JG:     Alright.

DN:     Okay, alright come on out here.

[Background Noise: 01:15:21-01:17:34]

[End of transcription 01:17:34]