# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ☐ Amended _____ )

| | |
|---|---|
| Case No.   EDCR20-00041-JGB-1 | Date   August 8, 2022 |

Present: The Honorable   JESUS G. BERNAL, U.S. District Judge

| Maynor Galvez | Phyllis A. Preston | Sonah Lee |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| JONATHAN GARCIA | √ | ☐ | Angela Viramontes | ☐ | √ | ☐ | n/a |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   Contested ___   √ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   √ Refer to separate Judgment Order.

√ Imprisonment for **300 months** on each of counts **Eight**
Count(s) _____ concurrent/consecutive to count(s) _____
Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

√ **20** years Supervised Release imposed on count(s)   **Eight**
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $ _____ fine amounts & times determined by P/O.
___ Make $ _____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
√ does not have the ability to pay.

√ Pay **$100** per count, special assessment to the United States for a total of **$ 100**

___ Imprisonment for **months/years** and for a study pursuant to 18 USC _____ with results to be furnished to the Court within **days/months** _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
√ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   √ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   Appeal bond set at   $ _____
√ Filed and distributed judgment. ENTERED.
√ Other **A hearing on restitution is set for September 12, 2022 at 2:00 p.m.** IT IS SO ORDERED.

: 36
Initials of Deputy Clerk   MG

cc: USPO/USM-ED