Name: ANGELA C. C. VIRAMONTES (Bar No. 228228)
Address: 3801 UNIVERSITY AVENUE, SUITE 700
City, State, Zip: RIVERSIDE, CA 92501
Phone: (951) 276-6346
Fax: (951) 276-6368
E-Mail: angela_viramontes@fd.org

☒ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | ED CR 20-00041-JGB |
| v. | |
| JONATHAN GARCIA, | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that __JONATHAN GARCIA__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☒ Bail status:
   CUSTODY

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __8/8/2022__. Entered on the docket in this action on __8/9/2022__.

A copy of said judgment or order is attached hereto.

8/10/2022
Date

Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).